ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Gideon Contracting, LLC | ) ASBCA No. 63560 |
| | ) |
| Under Contract No. FA8101-16-D-0004 | ) |

APPEARANCES FOR THE APPELLANT:    Robert L. Magrini, Esq.
Evan B. Gatewood, Esq.
Tanner B. France, Esq.
  Hayes Magrini & Gatewood
  Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Michael J. Farr, Esq.
  Trial Attorney

<u>OPINION BY ADMINISTRATIVE JUDGE HERZFELD</u>

The parties have resolved their dispute and jointly request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $165,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 8, 2024

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                   _____
OWEN C. WILSON                              J. REID PROUTY
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63560, Appeal of Gideon
Contracting, LLC, rendered in conformance with the Board's Charter.

      Dated:  February 9, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals


2